KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
*ggilchrist@kilpatricktownsend.com*
RYAN T. BRICKER (State Bar No. 269100)
*rbricker@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant
WILLIAMS-SONOMA, INC.


VEDDER PRICE (CA), LLP
Ayse Kuzucuoglu, Esq., Bar. No. 251114
akuzucuoglu@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

VEDDER PRICE P.C.
David E. Bennett, Esq. (Admitted Pro Hac Vice)
dbennett@vedderprice.com
Nicole J. Highland, Esq. (Admitted Pro Hac Vice)
nhighland@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

Attorneys for Plaintiff
BODUM USA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BODUM USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAMS-SONOMA, INC., <br><br> Defendant. | Case No. 5:16-cv-03009-LHK <br><br> **STIPULATION AND ORDER RE: DISCOVERY AND OBJECTIONS** <br><br><br> Complaint Filed: January 22, 2016 <br> Trial Date: October 3, 2017 |

1  Plaintiff Bodum USA, Inc. ("Bodum" or "Plaintiff") and Defendant Williams-Sonoma, Inc. ("WSI" or "Defendant") by and through their counsel stipulate to the following order pursuant to Fed. R. Civ. P. 37:

1.  Bodum has withdrawn its general objections to WSI's First and Second Set of Interrogatories and First and Second Set of Requests for Production of Documents, except for the general objections asserting attorney-client privilege or work product.

2.  Bodum's objection to production of documents showing its monthly profits, manufacturing and production costs, overhead costs, and wholesale prices is sustained because Bodum has withdrawn any claim for lost profits or compensatory damages, and seeks the remedies of disgorgement, enhanced damages with a finding of exceptional case or a willful violation, an injunction and attorneys' fees and costs.

3.  Bodum's objection to production of documents related to its case against Lifetime Brands, Inc., and The Greenfield Group Ltd., Case No. 14-cv-3365, including sealed briefing and the final settlement agreement, is sustained based on Bodum's representation that the subject of these documents is limited to a contractual dispute about the assignability of the right to distribute La Cafeteria brand "Classic" and "Optima" coffee presses and that the "Classic" and "Optima" coffee presses are not for sale in the United States.  In addition, Bodum will produce the documents showing how the additional lawsuits it produced in response to WSI's request for production No. 1 were resolved, subject to attorneys'-eyes-only review.

4.  Bodum's objections to requests for admission that products displayed in WSI's search results do not infringe any of Bodum's intellectual this property rights are sustained based on Bodum's stipulation that, for purposes of lawsuit only, such search results show products that are not infringing of Bodum's rights or were licensed by Bodum.

5.  Bodum's counsel has represented to WSI's counsel that, after his investigation, Bodum does not have any private label or co-branding agreements with any customer, but counsel will check again with Bodum to make sure no such agreements exist.

.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

STIPULATION AND ORDER
Case No. 5:16-cv-03009-LHK

- 1 -

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 16, 2017 | VEDDER PRICE P.C. |
|   |   |
|   | By: /s/ David E. Bennett |
|   | David E. Bennett |
|   | Attorneys for Plaintiff BODUM USA, INC. |
|   |   |
| Dated: March 16, 2017 _____ | KILPATRICK TOWNSEND & STOCKTON LLP |
|   |   |
|   | By: /s/ Gregory S. Gilchrist |
|   | Gregory S. Gilchrist |
|   | Attorneys for Defendant WILLIAMS-SONOMA, INC. |

**IT IS SO ORDERED.**

Dated: March 16, 2017   By: _____
                              NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA